UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE LUCILLE MARTIN, | No. 1:21-cv-00292-DAD-FJS |
| Plaintiff, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND REMANDING THIS ACTION TO THE COMMISSIONER FOR SOCIAL SECURITY FOR FURTHER PROCEEDINGS CONSISTENT WITH THIS ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| | (Doc. Nos. 15, 17, 24) |

Plaintiff Katherine Lucille Martin, proceeding with counsel, brought this action seeking judicial review of the Commissioner of Social Security's final decision denying his application for disability insurance benefits and supplemental security income under the Social Security Act. (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2025[1], the then-assigned magistrate judge issued findings and recommendations recommending that plaintiff's request for vacatur of the decision of the

---

[1]  The undersigned apologizes to the parties for this order only now being issued.  Unfortunately, due to apparent clerical oversight, the undersigned only recently became aware that findings and recommendation were pending in this action.

1

administrative law judge ("ALJ") and remand for further proceedings (Doc. No. 15) be granted. (Doc. No. 24.)  Specifically, the magistrate judge found that the ALJ improperly relied solely upon medical evidence to discount plaintiff's subjective pain testimony, in contravention of Ninth Circuit precedent.  (*Id.* at 6–7.)  Because it was not clear that further administrative proceedings would serve no useful purpose, the magistrate judge recommended that remand for further administrative proceedings is appropriate.  (*Id.* at 7–8.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 9.)  To date, neither party has filed objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court adopts the pending findings and recommendations.

1.  The findings and recommendations issued on April 16, 2025 (Doc. No. 24) are ADOPTED in full;

2.  Plaintiff's motion for summary judgment (Doc. No. 15), styled as an opening brief, is GRANTED;

3.  Defendant's cross-motion for summary judgment (Doc. No. 17), styled as an opposition brief, is DENIED;

4.  The case is remanded to the Commissioner of Social Security for further proceedings consistent with this order; and

5.  The Clerk of the Court is directed to enter judgment in favor of plaintiff and close this case.

IT IS SO ORDERED.

Dated:   **July 7, 2026**                          _____
                                                  DALE A. DROZD
                                                  UNITED STATES DISTRICT JUDGE